JESSIE HENDRIX v. HARRY'S CADILLAC COMPANY, INC., AND
GENERAL MOTORS ACCEPTANCE CORPORATION.

(Filed 24 September, 1941.)

**Usury § 2—**

An action to recover alleged usurious interest paid cannot be main-
tained upon evidence disclosing that the transaction alleged was not a
loan but was a sale with deferred payment secured by conditional sale
contract. C. S., 2306.

APPEAL by plaintiff from *Johnston, Special Judge,* at April Term,
1941, of BUNCOMBE.

*Geo. F. Meadows for plaintiff, appellant.*
*Chas. G. Lee, Jr., and James S. Howell for defendants, appellees.*

PER CURIAM. This is an action under C. S., 2306, to recover an
amount of alleged usurious interest paid by the plaintiff to the defend-
ants in a transaction involving the purchase and sale of a second-hand
automobile, with deferred payments secured by conditional sale contract.

An examination of the evidence convinces us that the transaction in-
volved was indeed a sale and not a loan, and therefore the cause of action
alleged by the plaintiff is not sustained by the evidence. Note, 48
A. L. R., p. 1442; 57 A. L. R., p. 880; 91 A. L. R., p. 1105.

The judgment of the Superior Court is
Affirmed.